■ KENNETH SCHROEDER et al., Appellants, v. CITY OF BINGHAMTON et al., Respondents, and AKEL REALTY CORP., Intervenor-Respondent.— Judgment, Supreme Court, Broome County, entered on July 15, 1974, affirmed, without costs, on the opinion of Fischer, J. Herlihy, P. J., Greenblott, Sweeney, Main and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK LAWSON, Petitioner, v. J. LELAND CASSCLES, as Superintendent of Great Meadow Correctional Facility, et al., Respondents.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for writ of habeas corpus, denied for legal insufficiency. Petitioner's discharge from the care and custody of the Drug Abuse Control Commission was authorized by statute (Mental Health Law, § 81.31). Accordingly, there was no unlawful interruption of his 1973 sentence (*People v. Taylor*, 30 N Y 2d 899). Petitioner's other contentions as to the illegality of his present detention are likewise without merit. Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.

■ In the Matter of CHARLES E. O'GRADY, Respondent, v. SEALRIGHT CORPORATION, Appellant, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal as moot and academic denied, without costs. The board's amended decision, being substantially the same as the initial decision, is reviewable upon the appeal from the initial decision (*Matter of Raynor v. Allegheny Ludlum Steel Corp.*, 36 A D 2d 1007). Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.

## (January 14, 1975)

■ In the Matter of MARY LAMB, Petitioner, v. CORNELL UNIVERSITY et al., Respondents.— Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board dated August 15, 1974, which affirmed an order of the State Division of Human Rights dismissing petitioner's complaint. Determination confirmed and petition dismissed, without costs (see *Matter of Jwayyed v. New York Tel. Co.*, 42 A D 2d 663). Herlihy, P. J., Sweeney, Kane, Main and Reynolds, JJ., concur.

## (January 16, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE ARNOLD, Appellant.— Judgment, County Court, Chemung County, rendered on March 5, 1974, affirmed (see *People v. Brown*, 46 A D 2d 255). Herlihy, P. J., Greenblott, Sweeney, Main and Reynolds, JJ., concur.